| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Shea, Edward F. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>08/11/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Active Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>825 Jadwin Avenue, Ste. 190<br>Richland, WA 99352 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer/Director | [redacted] - Corporation |
| 2. Real Estate Contract 50% interest | [redacted] |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Shea, Edward F.

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | ▓▓▓▓▓▓ - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. VISA | Consumer Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Life Insurance | | None | K | T | | | | | |
| 2. Northwestern Mutual Life Insurance | | None | K | T | | | | | |
| 3. Northwestern Mutual Life Insurance | | None | K | T | | | | | |
| 4. Prudential Life Insurance | | None | J | T | | | | | |
| 5. Coins | | None | J | T | | | | | |
| 6. Fishcreek Ltd | | None | K | T | | | | | |
| 7. Art | | None | K | W | | | | | |
| 8. Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 9. Charles Schwab Cash Account | A | Interest | J | T | | | | | |
| 10. Vanguard Health Care Fund | | None | K | T | | | | | |
| 11. Vanguard Health Care Fund (IRA) | | None | K | T | Sold (part) | 04/29/10 | J | | |
| 12. | | | | | Sold (part) | 06/28/10 | K | | |
| 13. Microsoft | | None | K | T | Sold (part) | 04/29/10 | L | | |
| 14. | | | | | Buy (add'l) | 10/28/10 | J | | |
| 15. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 16. | | | | | Buy (add'l) | 12/21/10 | J | | |
| 17. Microsoft | | None | K | T | Buy | 10/18/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy (add'l) | 12/21/10 | J | | |
| 19. DFA US 9-10 Small Co (DFSVX) | | None | L | T | Sold (part) | 01/12/10 | J | | |
| 20. DIVERSIFIED INVESTMENT ADVISORS (comprised of #20-46) | | None | M | T | | | | | |
| 21. Goldman Sacks Mid Cap Value Fund | | None | K | T | Buy (add'l) | 04/07/10 | J | | |
| 22. | | | | | Sold (part) | 06/21/10 | J | | |
| 23. | | | | | Sold (part) | 10/19/10 | J | | |
| 24. Vanguard Inst'l Index | | None | K | T | Sold (part) | 06/21/10 | J | | |
| 25. | | | | | Sold (part) | 10/18/10 | J | | |
| 26. | | | | | Sold (part) | 10/19/10 | J | | |
| 27. American Growth Fund | | None | J | T | Buy (add'l) | 04/26/10 | J | | |
| 28. | | | | | Sold (part) | 06/21/10 | J | | |
| 29. | | | | | Sold (part) | 10/19/10 | J | | |
| 30. Thornburg Int'l Value Fund | | None | K | T | Sold (part) | 10/18/10 | J | | |
| 31. | | | | | Sold (part) | 11/26/10 | J | | |
| 32. Pimco Tot.Ret. Fund | | None | J | T | Sold (part) | 04/07/10 | J | | |
| 33. | | | | | Buy (add'l) | 10/19/10 | J | | |
| 34. | | | | | Sold (part) | 11/26/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Kadlec Blended Short Term Bond Fund | | None | | | Sold (part) | 04/26/10 | J | | |
| 36. | | | | | Merged (with line 37) | 06/15/10 | K | | |
| 37. TFLIC | | None | L | T | Buy | 06/15/10 | K | | |
| 38. | | | | | Buy (add'l) | 06/21/10 | J | | |
| 39. | | | | | Buy (add'l) | 10/18/10 | J | | |
| 40. | | | | | Buy (add'l) | 10/19/10 | K | | |
| 41. | | | | | Buy (add'l) | 11/29/10 | K | | |
| 42. Allainz NFJ Dividend Value A Fund | | None | K | T | | | | | |
| 43. Columbia Acrn Slct | | None | J | T | Sold (part) | 10/19/10 | J | | |
| 44. American EuroPac Fund | | None | K | T | Sold (part) | 04/26/10 | J | | |
| 45. | | | | | Sold (part) | 11/26/10 | J | | |
| 46. Columbia SM.CAP.Val. | | None | J | T | | | | | |
| 47. South Boston Savings Bank Life Ins | | None | J | T | | | | | |
| 48. Globix Corp | | None | J | T | | | | | |
| 49. Schwab Value Advantage Money Fund | | None | J | T | | | | | |
| 50. GESA Credit Union | A | Interest | J | T | | | | | |
| 51. Int'l GameTech (IGT) | | None | K | T | Sold (part) | 01/07/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Sold (part) | 03/12/10 | K | | |
| 53. | | | | | Buy (add'l) | 05/06/10 | J | | |
| 54. | | | | | Buy (add'l) | 06/03/10 | J | | |
| 55. | | | | | Buy (add'l) | 06/29/10 | J | | |
| 56. | | | | | Buy (add'l) | 07/14/10 | J | | |
| 57. | | | | | Buy (add'l) | 10/12/10 | J | | |
| 58. | | | | | Buy (add'l) | 11/02/10 | J | | |
| 59. | | | | | Buy (add'l) | 11/03/10 | J | | |
| 60. | | | | | Buy (add'l) | 12/21/10 | J | | |
| 61. Phillips Electric | | None | | | Buy (add'l) | 03/02/10 | J | | |
| 62. | | | | | Buy (add'l) | 04/29/10 | J | | |
| 63. | | | | | Buy (add'l) | 05/05/10 | J | | |
| 64. | | | | | Sold (part) | 05/14/10 | L | | |
| 65. | | | | | Sold | 05/20/10 | K | | |
| 66. Siliconware (SPON)(PERS)* | | None | | | | | | | |
| 67. Driehaus Emerging Mkts | | None | K | T | Buy (add'l) | 02/18/10 | J | | |
| 68. | | | | | Buy (add'l) | 06/07/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Buy (add'l) | 06/29/10 | J | | |
| 70. | | | | | Buy (add'l) | 09/29/10 | J | | |
| 71. | | | | | Sold (part) | 10/19/10 | K | | |
| 72. | | | | | Buy (add'l) | 12/23/10 | K | | |
| 73. Schwab Invest Money Fund (Pers) | A | Int./Div. | L | T | | | | | |
| 74. Royce Value Plus Fund | | None | | | Sold | 11/03/10 | J | | |
| 75. Wells Fargo Adv. Asia/Pac | | None | | | Sold | 11/26/10 | J | | |
| 76. US Global Invest. East. Europe | | None | | | Sold | 11/26/10 | J | | |
| 77. US Bank | | None | K | T | Buy (add'l) | 01/14/10 | J | | |
| 78. | | | | | Buy (add'l) | 04/07/10 | J | | |
| 79. | | | | | Buy (add'l) | 04/16/10 | J | | |
| 80. | | | | | Buy (add'l) | 05/05/10 | J | | |
| 81. | | | | | Buy (add'l) | 06/03/10 | J | | |
| 82. | | | | | Buy (add'l) | 06/29/10 | J | | |
| 83. | | | | | Sold (part) | 09/28/10 | J | | |
| 84. | | | | | Buy (add'l) | 10/28/10 | J | | |
| 85. | | | | | Buy (add'l) | 11/05/10 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/16/10 | J | | |
| 87. Alcoa (IRA) | | None | | | Buy (add'l) | 01/07/10 | J | | |
| 88. | | | | | Sold | 01/29/10 | K | | |
| 89. Alcoa ▓▓▓ | | None | | | Buy | 01/05/10 | J | | |
| 90. | | | | | Sold | 01/29/10 | J | | |
| 91. Pimco All Asset | | None | K | T | Buy | 01/05/10 | J | | |
| 92. | | | | | Buy (add'l) | 03/22/10 | J | | |
| 93. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 94. | | | | | Buy (add'l) | 10/26/10 | J | | |
| 95. Cryptologic | | None | | | Buy | 07/30/10 | J | | |
| 96. | | | | | Sold | 09/13/10 | J | | |
| 97. Elan | | None | J | T | Buy | 08/06/10 | J | | |
| 98. | | | | | Buy (add'l) | 09/02/10 | J | | |
| 99. Banco Santander | | None | J | T | Buy | 10/22/10 | J | | |
| 100. MGM ▓▓▓ | | None | J | T | Buy | 11/03/10 | J | | |
| 101. | | | | | Buy (add'l) | 11/09/10 | J | | |
| 102. | | | | | Buy (add'l) | 12/21/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ELN (IRA) | | None | | | Buy | 01/14/10 | J | | |
| 104. | | | | | Sold (part) | 04/29/10 | J | | |
| 105. | | | | | Buy (add'l) | 08/06/10 | J | | |
| 106. | | | | | Sold | 09/09/10 | J | | |
| 107. PASDX (IRA) | | None | K | T | Buy | 02/18/10 | J | | |
| 108. | | | | | Buy (add'l) | 05/14/10 | J | | |
| 109. PTTDX (IRA) | – | None | K | T | Buy | 06/07/10 | J | | |
| 110. | | | | | Buy (add'l) | 06/24/10 | J | | |
| 111. BAC (IRA) | | None | | | Buy | 03/10/10 | J | | |
| 112. | | | | | Buy (add'l) | 04/05/10 | J | | |
| 113. | | | | | Buy (add'l) | 04/16/10 | J | | |
| 114. | | | | | Buy (add'l) | 05/05/10 | J | | |
| 115. | | | | | Buy (add'l) | 06/03/10 | J | | |
| 116. | | | | | Buy (add'l) | 06/29/10 | J | | |
| 117. | | | | | Sold (part) | 09/28/10 | J | | |
| 118. | | | | | Sold (part) | 10/11/10 | J | | |
| 119. | | | | | Sold | 10/22/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. AEO | | None | | | Buy | 03/12/10 | K | | |
| 121. | | | | | Sold | 04/24/10 | K | | |
| 122. LVS | | None | | | Buy | 04/29/10 | J | | |
| 123. | | | | | Buy (add'l) | 05/05/10 | J | | |
| 124. | | | | | Buy (add'l) | 05/20/10 | J | | |
| 125. | | | | | Buy (add'l) | 09/09/10 | J | | |
| 126. | | | | | Buy (add'l) | 10/11/10 | J | | |
| 127. | | | | | Buy (add'l) | 11/2/10 | J | | |
| 128. | | | | | Buy (add'l) | 11/15/10 | J | | |
| 129. | | | | | Sold | 11/16/10 | K | | |
| 130. MGM | | None | K | T | Buy | 04/29/10 | J | | |
| 131. | | | | | Buy (add'l) | 05/05/10 | J | | |
| 132. | | | | | Buy (add'l) | 06/03/10 | J | | |
| 133. | | | | | Buy (add'l) | 06/29/10 | J | | |
| 134. | | | | | Buy (add'l) | 07/23/10 | J | | |
| 135. | | | | | Buy (add'l) | 08/02/10 | J | | |
| 136. | | | | | Buy (add'l) | 08/31/10 | J | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Buy (add'l) | 09/28/10 | J | | |
| 138. | | | | | Sold (part) | 10/11/10 | J | | |
| 139. | | | | | Sold (part) | 10/13/10 | J | | |
| 140. GLQ | | None | | | Sold | 05/20/10 | K | | |
| 141. Verizon | | None | K | T | Buy | 06/03/10 | K | | |
| 142. PCL | | None | J | T | Buy | 06/03/10 | K | | |
| 143. | | | | | Buy (add'l) | 06/07/10 | J | | |
| 144. EPD | | None | | | Buy | 06/07/10 | K | | |
| 145. | | | | | Sold | 12/16/10 | K | | |
| 146. FTR | | None | J | T | Buy | 08/02/10 | J | | |
| 147. | | | | | Buy (add'l) | 10/11/10 | J | | |
| 148. Cryptologic | | None | | | Buy | 07/30/10 | J | | |
| 149. | | | | | Sold (part) | 09/13/10 | J | | |
| 150. | | | | | Sold | 10/11/10 | J | | |
| 151. Banco Santander | | None | J | T | Buy | 10/22/10 | J | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/11/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*This was sold in 2009 however, that information was inadvertently omitted from the prior years report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544